IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES BARRE
FEB 24 2015
Per ___ MS

| | |
|---|---|
| FONTAINE K. MCCLURE, SR. : | |
| (Pro Se) : | |
| Plaintiff, : | CIVIL ACTION NO. 1:15-CV-349 |
| : | |
| vs. : | |
| : | |
| LIBERTY TAX CORP., BASIL : | |
| PAPORTIOUS, ELAINA : | |
| PAPORTIOUS, BEANTAX, LLC : | (Magistrate Judge Saporito) |
| : | |
| Defendant. : | |

## ORDER

AND NOW, this 24th day of February, 2015, **IT IS HEREBY ORDERED THAT:**

1. The Plaintiff shall file an Amended Complaint within **fifteen (15)** days of the date of this Order.

2. The Plaintiff's Amended Complaint shall properly allege this court's jurisdiction setting forth the names and addresses of the parties and with respect to the defendants Liberty Tax Corp. and Beantax, LLC their respective state of formation and principal place of business.

3. The Plaintiff's Amended Complaint shall be filed to the same docket number as the instant action and shall be entitled "Amended Complaint."

4. The Plaintiff's Amended Complaint shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. The amended complaint shall also be "simple, concise, and direct," and with respect to allegations of fraud, they must be stated with particularity as required by the Rules of Civil Procedure. Fed.R.Civ.P. 8(c)(1) and 9(b).

                                                  JOSEPH F. SAPORITO, JR.
                                                  United States Magistrate Judge

Dated: February 24, 2015