IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FONTAINE K. MCCLURE, SR.  :
(Pro Se)                  :
    Plaintiff,        :  CIVIL ACTION NO. 1:15-CV-349
                      :
vs.                       :  (Jones, J)
                      :  (Saporito, M.J.)
LIBERTY TAX CORP., et al. :
                      :
    Defendant.        :

**FILED WILKES BARRE AUG 2 5 2016 Per \_\_\_\_\_**

## ORDER

AND NOW, this 25th day of August, 2016, pursuant to our Memorandum filed this date, IT IS HEREBY ORDERED THAT:

(1) Within fifteen (15) days from the date hereof the plaintiff, Fontaine K. McClure, Sr., shall file a brief in opposition to the defendants' motion for sanctions which shall set forth his reasons for:

    (a) failing to comply with this court's orders;

    (b) failing to appear at his deposition;

    (c) failing to produce the requested documents; and

    (d) avoiding the imposition of sanctions, including dismissal of this action and the payment of defendants' reasonable expenses including attorney's fees, caused by his failure to attend his deposition.

1

(2) The defendants' motion for sanctions and to dismiss (Doc. 35) is held in abeyance pending the timely receipt of the plaintiff's submission of his brief in opposition.

(3) The plaintiff's failure to file an opposition brief will result in the defendants' motion for sanctions (Doc. 35) being deemed unopposed pursuant to Local Rule 7.6 M.D. Pa.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: August 25, 2016